UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINDSOR ALLEN,<br><br>                    Plaintiff,<br><br>        -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                    Defendants. | 1:20-CV-3868 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

By order dated June 29, 2020, the Court granted Plaintiff leave to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of Plaintiff's claims under federal law as frivolous, for failure to state a claim upon which relief may be granted, and for seeking monetary relief from defendants that are immune from such relief, and that the Court would decline to consider Plaintiff's claims under state law under the Court's supplemental jurisdiction.

Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses this action. The Court dismisses Plaintiff's claims under federal law as frivolous, for failure to state a claim upon which relief may be granted, and for seeking monetary relief from defendants that are immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i), (ii), (iii). The Court declines to consider Plaintiff's claims under state law under the Court's supplemental jurisdiction. 28 U.S.C. § 1367(c)(3).

2

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 2, 2020
           New York, New York

                                                               Louis L. Stanton
                                                                     U.S.D.J.