UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINDSOR ALLEN,<br><br>         Plaintiff,<br><br>   -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>         Defendants. | 1:20-CV-3868 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued October 2, 2020, dismissing this action,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under federal law as frivolous, for failure to state a claim upon which relief may be granted, and for seeking monetary relief from defendants that are immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i), (ii), (iii). The Court declines to consider Plaintiff's claims under state law under the Court's supplemental jurisdiction, 28 U.S.C. § 1367(c)(3).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: October 2, 2020
     New York, New York

                        _Louis L. Stanton_
                         Louis L. Stanton
                           U.S.D.J.